HAMMER, respondent, *v.* EDWARDS AND KENNEDY, appellants.

*Appeal from Second District, Missoula County.*

W. J. STEPHENS, for appellants.

A. E. MAYHEW, for respondent.

WADE, C. J. The only question involved in this case has been decided in the case of *Hammer* v. *Edwards and Latimer.* The judgment below is affirmed with costs.

*Judgment affirmed.*

---

ROUDEBUSH ET AL., respondents, *v.* RAY ET AL., appellants.

The only question raised in this case is fully considered in the case of *Higley* v. *Gilmer et al.,* decided at this term. See *ante,* page 90.

*Appeal from Third District, Lewis and Clarke County.*

CHUMASERO & CHADWICK, for appellants.

SHOBER & LOWRY, for respondents.

The briefs on both sides refer to authorities cited in the case of *Higley* v. *Gilmer et al.,* which see *ante,* page 90.

KNOWLES, J. The judgment in this case was rendered at an adjourned term of court. During the interval of adjournment a term of court was held in the same district in another county by the same judge. The only error assigned is, that this judgment was void because the term of court for Lewis and Clarke county terminated at the commencement of the term in Meagher county, and hence was not rendered in term time. This point has been considered in the case of *Higley* v. *Gilmer et al.,* at this term, and it was therein determined that such judgment was rendered in term time and valid.

The judgment of the court below is affirmed with costs.

*Judgment affirmed.*